**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   CHERHEE LYE,                                    No. C 15-05297 JSW

11              Plaintiff,

12      v.
                                                     **ORDER REFERRING MATTER TO**
13   BEST BUY STORES LP,                             **COURT MEDIATION**

14              Defendant.
                                        /
15

16        The parties are HEREBY REFERRED to the Court-connected mediation, to be completed

17   by no later than 90 days from the date of this Order.  If the parties do not hear from the Court's

18   Alternative Dispute Resolution Department directly, they should contact them within 10 court days.

19   The parties shall promptly notify the Court whether the case is resolved at the mediation.

20        **IT IS SO ORDERED.**

21   Dated:   May 24, 2016
                                         _____
22                                       JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE
23

24

25

26

27   cc: ADR Department

28